Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  17−30798−CMG
          Chapter:  7
          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Elena DuQue
  689 Twin Rivers Drive
  East Windsor, NJ 08520

Social Security No.:
  xxx−xx−8850

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/30/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 31, 2017
JAN: bwj

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-30798-CMG
Elena DuQue                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Oct 31, 2017
                              Form ID: 148           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db            +Elena DuQue,    689 Twin Rivers Drive,    East Windsor, NJ 08520-5622
517123027      Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517123028      Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QDESTRAFFI.COM Oct 31 2017 22:18:00      Daniel E Straffi,    Straffi & Straffi, LLC,
               670 Common Way,    Toms River, NJ 08755-6431
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 31 2017 22:44:44      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 31 2017 22:44:41      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517123024      EDI: CHASE.COM Oct 31 2017 22:18:00      Chase Bank USA, NA,    PO Box 15298,
               Wilmington, DE 19850-5298
517123025      EDI: CONVERGENT.COM Oct 31 2017 22:18:00      Convergent Outsourceing, Inc,    800 SW 39th St,
               Renton, WA 98057-4975
517123026      EDI: DISCOVER.COM Oct 31 2017 22:18:00      Discover Card,    PO Box 30395,
               Salt Lake City, UT 84130-0395
517123029      EDI: WFFC.COM Oct 31 2017 22:18:00      Wells Fargo Home Mortgage,    PO Box 14411,
               Des Moines, IA 50306-3411
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517132382*     Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE 19850-5298
517132383*     Convergent Outsourceing, Inc,    800 SW 39th St,    Renton, WA 98057-4975
517132384*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court: Discover Card,    PO Box 30395,    Salt Lake City, UT 84130-0395)
517132385*     Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517132386*     Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
517132387*     Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
                                                                                TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
          Alfred V. Acquaviva    on behalf of Debtor Elena  DuQue aacquaviva@avalawyers.com,
           Robert@sideofficesolutions.com
          Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3