UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Elena DuQue

| | |
|---|---|
| Case Number: | 17-30798-CMG |
| Hearing Date: | 11/21/17 |
| Judge: | Gravelle |
| Chapter: | 7 |

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER REINSTATING CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 21, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____the debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30798-CMG
Elena DuQue                                                               Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 22, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db             +Elena DuQue,    689 Twin Rivers Drive,    East Windsor, NJ 08520-5622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
          Alfred V. Acquaviva    on behalf of Debtor Elena  DuQue aacquaviva@avalawyers.com,
           Robert@sideofficesolutions.com
          Daniel E Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
          Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK
           NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4