UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __17-30798__ |
| DuQue, Elena | Chapter: __7__ |
| | Judge: __CMG__ |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Daniel E. Straffi_____, _____Trustee_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __July 23, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, NJ 08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Trustee claimed an equity interest in the debtor's residence at 689 Twin Rivers Drive, East Windsor, N.J. The debtor seeks to resolve the matter so as to avoid sale of the property.

Pertinent terms of settlement: The full terms of settlement are set forth in a Stipulation of Settlement filed with the Clerk of the Court. The debtor shall pay the Trustee $22,500.00 in release of all claims against the property. The debtor waives all exemptions or other claims of whatsoever nature against the settlement proceeds. The Trustee will file a Notice of Abandonment if the settlement is approved. The Trustee believes the settlement is fair and reasonable given the risks and costs of litigation.

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq

Address: 670 Commons Way, Toms River, NJ 08755

Telephone No.: (732) 341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Elena DuQue  
    Debtor

Case No. 17-30798-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 19, 2019  
                Form ID: pdf905     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db            +Elena DuQue,    689 Twin Rivers Drive,    East Windsor, NJ 08520-5622
acc           +Bederson & Company, LLC,    347 Mt. Pleasant Avenue,    Suite 200,    West Orange, NJ 07052-2749
cr            +PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NA,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517123024      Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE 19850-5298
517123025     +Convergent Outsourceing, Inc,    800 SW 39th St,    Renton, WA 98057-4927
517123027      Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517123028      Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
517123029      Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 00:18:13     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517969242     +E-mail/Text: bankruptcy@cavps.com Jun 20 2019 00:18:25     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517123026      E-mail/Text: mrdiscen@discover.com Jun 20 2019 00:17:25     Discover Card,    PO Box 30395,
               Salt Lake City, UT 84130-0395
517970660      E-mail/Text: mrdiscen@discover.com Jun 20 2019 00:17:25     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517132382*     Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE 19850-5298
517132383*    +Convergent Outsourceing, Inc,    800 SW 39th St,    Renton, WA 98057-4927
517132384*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court:   Discover Card,    PO Box 30395,    Salt Lake City, UT  84130-0395)
517132385*     Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517132386*     Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
517132387*     Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
                                                                                TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
```
          Alfred V Acquaviva    on behalf of Debtor Elena  DuQue aacquaviva@avalawyers.com,
           Robert@sideofficesolutions.com
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
           osfs.com
          Denise E. Carlon    on behalf of Creditor   PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK
           NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK
           NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2019
                              Form ID: pdf905          Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                    TOTAL: 6