Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  17−30798−CMG
                      Chapter:  7
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elena DuQue
   689 Twin Rivers Drive
   East Windsor, NJ 08520

Social Security No.:
   xxx−xx−8850

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       10/1/19
Time:      02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Bederson & Company, LLC, Accountant

COMMISSION OR FEES
fee: $2,946.50

EXPENSES
$27.01

If this is a chapter 13 case, the fees and expenses awarded:

    ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 20, 2019
JAN:

                                          Jeanne Naughton
                                          Clerk

Case 17-30798-CMG    Doc 50    Filed 08/22/19    Entered 08/23/19 00:35:03    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:  
Elena DuQue  
       Debtor

Case No. 17-30798-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 2   Date Rcvd: Aug 20, 2019
                       Form ID: 137      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.
```
db         +Elena DuQue,    689 Twin Rivers Drive,    East Windsor, NJ 08520-5622
acc        +Bederson & Company, LLC,    347 Mt. Pleasant Avenue,    Suite 200,    West Orange, NJ 07052-2749
cr         +PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NA,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517123024   Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE 19850-5298
517123025  +Convergent Outsourceing, Inc,    800 SW 39th St,    Renton, WA 98057-4927
517123027   Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517123028   Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
517123029   Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 00:38:17     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 00:38:13     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517969242    +E-mail/Text: bankruptcy@cavps.com Aug 21 2019 00:38:31     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517123026     E-mail/Text: mrdiscen@discover.com Aug 21 2019 00:37:18     Discover Card,    PO Box 30395,
               Salt Lake City, UT 84130-0395
517970660     E-mail/Text: mrdiscen@discover.com Aug 21 2019 00:37:18     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                             TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517132382*    Chase Bank USA, NA,    PO Box 15298,    Wilmington, DE 19850-5298
517132383*   +Convergent Outsourceing, Inc,    800 SW 39th St,    Renton, WA 98057-4927
517132384*  ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court:   Discover Card,    PO Box 30395,    Salt Lake City, UT  84130-0395)
517132385*    Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
517132386*    Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ  08054-3437
517132387*    Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:
```
              Alfred V Acquaviva    on behalf of Debtor Elena  DuQue aacquaviva@avalawyers.com,
               Robert@sideofficesolutions.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 20, 2019
                              Form ID: 137             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6