Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−30798−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Elena DuQue
689 Twin Rivers Drive
East Windsor, NJ 08520

Social Security No.:
xxx−xx−8850

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE: January 7, 2020
TIME: 02:00 PM
LOCATION: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:        $22,500.00
TOTAL DISBURSEMENTS:   $5,033.39
BALANCE ON HAND:       $17,466.61

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Daniel Straffi, Trustee

COMMISSION OR FEES
$3,000.00

EXPENSES
$81.20

The trustee's application to abandon the following property will be heard and acted upon:
none

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: November 20, 2019
JAN: wdr

                                                Jeanne Naughton
                                                Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 17-30798-CMG
Elena DuQue                                                     Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2       Date Rcvd: Nov 20, 2019
                              Form ID: 192             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db             +Elena DuQue,   689 Twin Rivers Drive,   East Windsor, NJ 08520-5622
acc            +Bederson & Company, LLC,   347 Mt. Pleasant Avenue,   Suite 200,   West Orange, NJ 07052-2749
cr             +PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK NA,   Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
517123024       Chase Bank USA, NA,   PO Box 15298,   Wilmington, DE 19850-5298
517123027       Fay Servicing,   PO Box 619063,   Dallas, TX 75261-9063
517123028       Phelan Hallinan Diamond & Jones PC,   400 Fellowship Rd Ste 100,   Mount Laurel, NJ 08054-3437
517123029       Wells Fargo Home Mortgage,   PO Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 21 2019 00:52:45      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 21 2019 00:52:41      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517969242      +E-mail/Text: bankruptcy@cavps.com Nov 21 2019 00:53:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517123025      +E-mail/Text: convergent@ebn.phinsolutions.com Nov 21 2019 00:53:05
                 Convergent Outsourceing, Inc,   800 SW 39th St,   Renton, WA 98057-4927
517123026       E-mail/Text: mrdiscen@discover.com Nov 21 2019 00:51:36      Discover Card,   PO Box 30395,
                 Salt Lake City, UT 84130-0395
517970660       E-mail/Text: mrdiscen@discover.com Nov 21 2019 00:51:36      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517132382*      Chase Bank USA, NA,   PO Box 15298,   Wilmington, DE 19850-5298
517132383*     +Convergent Outsourceing, Inc,   800 SW 39th St,   Renton, WA 98057-4927
517132384*    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover Card,   PO Box 30395,   Salt Lake City, UT  84130-0395)
517132385*      Fay Servicing,   PO Box 619063,   Dallas, TX 75261-9063
517132386*      Phelan Hallinan Diamond & Jones PC,   400 Fellowship Rd Ste 100,   Mount Laurel, NJ  08054-3437
517132387*      Wells Fargo Home Mortgage,   PO Box 14411,   Des Moines, IA  50306-3411
                                                                                             TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2019                           Signature:  /s/Joseph Speetjens
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              Alfred V Acquaviva    on behalf of Debtor Elena  DuQue aacquaviva@avalawyers.com,
               Robert@sideofficesolutions.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 LEGAL TITLE TRUST IV, BY U.S. BANK
               NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Nov 20, 2019
                              Form ID: 192             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 6