UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Straffi & Straffi
670 Commons Way
Toms River, NJ  08755
(732) 341-3800
(732) 341-3548 (fax)

**Order Filed on January 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DUQUE, ELENA

Debtor.

Case No.:  17-30798/CMG

Hearing Date:

Judge: Honorable Christine M. Gravelle

Chapter 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 8, 2020**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Daniel E. Straffi<br>Trustee | $3,000.00 | $81.20 |